No. 4744.—MOLINA, aplda., v. MARRERO, aplte.— C. D. Arecibo. Nov. 21, 1928. A la moción de la parte apelada solicitando la desestimación del recurso, apareciendo que la apelación se interpuso· el 10 de febrero de 1928 y que nada después ha gestionado ni hecho el apelante, se declara la moción con lugar y en su consecuencia se desestima el recurso.

No. 65.—EX PARTE ESCALERA. Nov. 23, 1928. No acompañándose prueba satisfactoria de que la universidad que expidió el diploma al peticionario es acreditada, como exige la Ley No. 78 de 1928, *no ha lugar*.

No. 4614.—ALGARÍN, apldo., v. THE AMERICAN RAILROAD COMPANY, aplte.— C. D. Humacao. Nov. 26, 1928. Por las razones legales que se consignan en la opinión en el caso *Arcelay* v. *American Railroad Company* y que autorizan la sentencia dictada por este tribunal en el mismo caso en fecha 13 de noviembre de 1928, se revoca la resolución dictada por la Corte de Distrito de Humacao en este caso, con referencia al traslado en fecha 25 de abril de 1928, y se ordena el traslado de este pleito a la Corte de Distrito de San Juan.

No. 4623.—PÉREZ ET AL., apltes., v. THE PORTO RICAN LEAF TOBACCO CO. ET AL., apldos.—C. D. San Juan. Nov. 27, 1928. Habiendo vencido el 31 de octubre de este año la última de las varias prórrogas concedidas a los apelantes, desde que en 24 de mayo de 1928 presentaron la transcripción de los autos, para que presentaran su alegato escrito, sin que hasta el presente lo hayan radicado, y vistas las reglas 42 y 54 de nuestro tribunal, debemos desestimar y desestimamos la apelación.